UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA :

    -against- :

JOHN JANSEN-STROHBUSCH :

:
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-10-19

**ORDER**

19-CR-309 (ALC)
Docket #

    Brought before this Court is an application for the appointment of counsel pursuant to the Criminal Justice Act. Upon the request of the undersigned attorney and the consent of the defendant, and

    According to Section VII(D) of the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Criminal Justice Act (CJA Plan), the Court having found that there is good cause which renders it in the interests of justice to appoint an attorney not employed by the Federal Defenders of New York, Inc. or a member of the Criminal Justice Act Panel to represent the defendant,

    IT IS HEREBY ORDERED that ___Sabrina Shroff___ is appointed to represent the defendant. This appointment shall constitute a temporary appointment to the CJA Panel for the purposes of this case only. The attorney is hereby directed to contact the CJA Clerk, (212) 805-0640, regarding billing practices.

Attorney's Signature

Print Attorney's Name: Sabrina Shroff

Address: 233 Broadway

NY NY 10007

Telephone: 646 763 1490

Defendant's Signature

SO ORDERED:

_____  12-4-19
Presiding Judge  DATED

_____  12/9/19
Colleen McMahon  DATED
Chief Judge