UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
**UNITED STATES OF AMERICA,**

        -v.-                               **19-cr-00309 (ALC)**

                                        **ORDER**

**JOHN JENSEN STROHBUSCH,**

                  **Defendant.**

------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/27/2020

**ANDREW L. CARTER, JR., District Judge:**

The March 31, 2020 status conference is adjourned to **May 27, 2020 at 10:00 a.m.**

Accordingly, it is **ORDERED**: the time from March 31, 2020 through May 27, 2020 is excluded in the interest of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:    **March 27, 2020**
            **New York, New York**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**