**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

   **UNITED STATES OF AMERICA**      :

                        **-against-**             :        **19-CR-309 (ALC)**

                                       :        <u>**ORDER**</u>

   **JOHN JENSEN STROHBUSCH,**   :

                      **Defendants.**  :

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The May 27, 2020 status conference is adjourned to **July 16, 2020** at **10:00 a.m.**

Accordingly, it is **ORDERED**: the time from May 27, 2020 through July 16, 2020 is excluded in the interest of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated: May 22, 2020**
      **New York, New York**

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**