USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-9-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,　　　　　　　　19 Cr. 309 (ALC)

**ORDER**

　　　　-against-

JOHN JENSEN STROHBUSCH,

　　　　　　Defendants.,
-----------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

　　The July 16, 2020 status conference is adjourned to **September 15, 2020** at **10:30 a.m.** The Speedy Trial Act automatically excludes this time from July 16, 2020 to September 15, 2020 in the interest of justice. See 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
　　　July 9, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW L. CARTER, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE