USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/2/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

UNITED STATES OF AMERICA,                                      19 Cr. 309 (ALC)

                                                                       **ORDER**

        -against-

JOHN JENSEN STROHBUSCH,

        Defendants.,
---------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

        The October 9, 2020 status conference is adjourned to **January 28, 2021** at **3:00 p.m.**

        Accordingly, it is ORDERED: the time from October 9, 2020 through January 28, 2021 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
       October 2, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE