**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10007
TEL: (646) 763-1490

December 7, 2021

**Ecf**

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/8/2021__

**Re:** *United States v. Strohbusch,* **19 Cr. 309 (ALC)**

Hon. Judge Carter,

    I write to request permission for Mr. Strohbusch to travel to his parent's home in Bradford, California from December 15, 2021 to January 2, 2022. Both the government and pretrial agree that Mr. Strohbusch has been compliant with his conditions of release but, because of office policy, they can not consent to his travel request. The Court has, in December of 2019, and then in September of 2021, allowed Mr. Strohbusch to travel to visit his parents and we ask the Court to grant this request as well. Mr. Strohbusch will provide to USPTSO Moscato with his travel itinerary.

    I thank the Court for its continuing attention to this matter.

Respectfully submitted,

/s/*Sabrina P. Shroff*
Counsel to John Jensen Strobusch

SPS/htf
cc: All Counsel of Record

The application is **GRANTED.**
So Ordered.

*[signature]* 12/8/21