USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _1-13-22_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES OF AMERICA,

                    Plaintiff,

    -against-

JOHN STROBUSCH,

                    Defendant.

-----------------------------------------------------------------x

19-CR-309 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Status Conference is set for **January 14, 2022** at **3:30 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

**SO ORDERED.**

Dated:     New York, New York
             January 12, 2022

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**