UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

JOHN STROHBUSCH,

               Defendant.

------------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-1-22

19 CR-309 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

A Change of Plea hearing is scheduled for **December 8, 2022** at **3:15 p.m.**

SO ORDERED.

Dated:    New York, New York
            December 1, 2022

                                                  ANDREW L. CARTER, JR.
                                                  United States District Judge