EdwNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                       **ORDER**

                       19-CR-309 (ALC)

    -against-

John Strohbusch,
-----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

    Today's Final Pre-Trial Conference is cancelled. A Change of Plea Hearing is scheduled for today at 3:15 p.m.

    **SO ORDERED.**

Dated: New York, New York
       December 8, 2022

                                         ANDREW L. CARTER, JR.
                                         UNITED STATES DISTRICT JUDGE