**MEMO ENDORSED**

**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10007
TEL: (646) 763-1490

December 9, 2022

**By Ecf**

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/14/22

**Re:** *United States v. Strohbusch,* **19 Cr. 309 (ALC)**

Hon. Judge Carter,

    With objection from pretrial, and no position from the government, I write to request permission for Mr. Strohbusch to travel from New York, with his sister, to their parent's home in Burbank, California. Via electronic mail, USPTSO Moscato informs that pretrial "does not consent to travel for defendants with the condition of curfew (or home detention/incarceration) enforced with LM."

    Should the Court grant the request, Mr. Strohbusch would travel with his sister on December 17, 2022, and return to New York City with his sister on January 15, 2022. The point of the travel is to allow Mr. Strohbusch to spend time with his mother and father and have them help him seek treatment for his addiction.

    I thank the Court for its continuing attention to this matter.

Respectfully submitted,

/s/*Sabrina P. Shroff*
Counsel to John Jensen Strobusch

SPS/hls
cc: All Counsel of Record

The application is **GRANTED**.
So Ordered.

*[signature]*
12/14/22