USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-24-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES OF AMERICA,

                Plaintiff,

      -against-

JOHN STROHBUSCH,

               Defendant.

-----------------------------------------------------------------x

19-CR-309 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Bail Review Hearing is set for **August 1, 2023** at **12:00 p.m.**

**SO ORDERED.**

**Dated:**    New York, New York
            July 24, 2023

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**