USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-28-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                      Plaintiff,

     -against-

JOHN STROHBUSCH,

                      Defendant.

----------------------------------------------------------------- x

19-CR-309 (ALC)

**<u>AMENDED ORDER</u>**

**ANDREW L. CARTER, JR., District Judge:**

    A Bail Review Hearing is set for **August 1, 2023** at **3:15 p.m.**

**SO ORDERED.**

Dated:     New York, New York
             July 28, 2023

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**