**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10007
TEL: (646) 763-1490

September 17, 2023

**Ecf**

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  9/18/23
```

Re:     *United States v. Strohbusch,* **19 Cr. 309 (ALC)**

Hon. Judge Carter,

The parties last appeared before this Court on August 1, 2023, at which time the Court ordered Mr. Strohbusch to participate in an inpatient treatment program and provide to the Court an update of his progress. I do so below. At the August 1, 2023 appearance the Court set a tentative sentence date of September 19, 2023 and noted that sentencing could be adjourned should Mr. Strohbusch be in treatment.  The Court also ordered a joint status letter be submitted by September 15, 2023 and the parties apologize for this late filing.

Pretrial Officer John Moscato informs that Mr. Strohbusch is in treatment at an inpatient facility. He is participating in the services being provided, and appears to be adjusting well.  It is anticipated that Mr. Strohbusch will be discharged from the in-patient in early or mid-November of 2023, although given the severity of Mr. Strohbusch's addiction, a longer inpatient program may be need.

So that treatment may continue and because the success of his treatment will impact sentencing, I write to seek a brief adjournment of the September 19, 2023, sentence date.  I ask that sentencing be set for a date in mid or late October to a date convenient to the Court.  I also ask the Court to order the parties to submit a joint status later no later than October 15, 2023.

I thank the Court for its continuing attention to this matter.


Respectfully submitted,

/s/Sabrina P. Shroff
Counsel to John Jensen Strobusch

SPS/htf
cc: Pretrial Services

The application is **GRANTED**.  The parties shall file a joint status report on 10/15/23.  The sentencing is adjourned to 10/24/23 at 2:00 p.m.
So Ordered.

*Andrew Y Carter*
9/18/23