```
USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-16-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                                Plaintiff,

     -against-

JOHN JENSEN STROBUSCH,

                              Defendant.
-------------------------------------------------------------- x

19-CR-309 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The parties shall file a joint status report on **October 17, 2023**.

**SO ORDERED.**

Dated:    New York, New York
            October 16, 2023

                                                      */s/ Andrew L. Carter, Jr.*
                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**