**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10007
TEL: (646) 763-1490

MEMO ENDORSED

January 10, 2024

**Ecf**

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/10/24

**Re:** *United States v. Strohbusch*, 19 Cr. 309 (ALC)

Hon. Judge Carter,

This Court sentenced Mr. Strohbusch to 82 months in the custody of the BOP. He is to surrender once designated to a facility. For the interim time, he wishes to travel to his parent's home in Bradford, California and surrender from there. Both the government and pretrial agree that Mr. Strohbusch has been compliant with his conditions of release but, because of office policy, they can not consent to his travel request. The Court has previously this travel and we ask the Court to grant this request as well. He would travel with his mother tomorrow. The Court is aware of this request as it was made at the sentencing proceeding on January 8, 2024.

I thank the Court for its continuing attention to this matter.

Respectfully submitted,

/s/*Sabrina P. Shroff*
Counsel to John Jensen Strobusch

SPS/htf
cc: All Counsel of Record

SO ORDERED: /s/ Andrew L. Carter
Hon. Andrew L. Carter
1-10-24