UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

JOHN JANSEN STROHBUSCH,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _1-23-24_

CONSENT PRELIMINARY ORDER
OF FORFEITURE AS TO
SPECIFIC PROPERTY

19 Cr. 309 (ALC)

    WHEREAS, on or about April 25, 2019, JOHN JANSEN STROHBUSCH (the "Defendant"), was charged in an Indictment, 19 Cr. 309 (ALC) (the "Indictment"), with attempted inducement of a minor to engage in sexual activity, in violation of Title 18, United States Code, Sections 2422(b) and 2 (Count One); possession of child pornography, in violation of Title 18 United States Code, Sections 2252A(a)(5)(B), (b)(2) and 2 (Count Two); and receipt and distribution of child pornography, in violation of Title 18, United States Code, Sections 2252A(a)(2)(B), (b)(1) and 2 (Count Three);

    WHEREAS, the Indictment included, *inter alia,* a forfeiture allegation as to Counts Two and Three of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 2253, of any and all property, real and personal, used or intended to be used to commit or promote the commission of the offenses charged in Counts Two and Three of the Indictment, including but not limited to a sum in United States currency representing the amount of proceeds obtained as a result of the offense alleged in Counts Two and Three of the Indictment,

    WHEREAS, on or about December 8, 2022, the Defendant pled guilty to Count Three of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Three of the Indictment and agreed to

forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all right, title and interest of the Defendant in all electronic devices seized from the Defendant's person and residence on October 24, 2018;

WHEREAS, the Defendant hereby consents to forfeiture to the United States of all his right, title and interest in the following property seized from the Defendant's person and residence on October 24, 2018:

    a.    Apple iPhone 7 Plus (IMEI 35 535008 701346 2);

    b.    G Drive (S/N 7KJ6E6AA);

    c.    Black and Green Thumbdrive (UID 677775 5671);

    d.    DANE-ELEC 8GB SD Card (UID 0917WW0599B);

    e.    Kingston 4GB Compact Flash (UID CF/4GB-S2);

    f.    Kingston 16GB Compact Flash (UID CF/16GB-S2);

    g.    SanDisk Extreme III 4GB Compact Flash (UID BH071002720B); and

    h.    Apple Macbook Pro C02KT0QZDV33

(a. through h., collectively, the "Specific Property")

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney, Emily A. Johnson of counsel, and the Defendant, and his counsel, Sabrina P. Shroff, Esq., that:

1.    As a result of the offense charged in Count Three of the Indictment, to which the Defendant pled guilty, all of the Defendant's right, title and interest in the Specific Property is

hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture as to Specific Property is final as to the Defendant, JOHN JANSEN STROHBUSCH, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. Upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property, the United States (or its designee) is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

4. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov. This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days. Any person, other than the Defendant, claiming interest in the Specific Property must file a Petition within sixty (60) days from the first day of publication of the Notice on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5. The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Specific Property, the time and circumstances

of the petitioner's acquisition of the right, title and interest in the Specific Property, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6. Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

7. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

9. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture as to Specific Property, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

10. The signature page of this Consent Preliminary Order of Forfeiture as to Specific Property may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____     11.30.23
EMILY A. JOHNSON                           DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2409

JOHN JANSEN STROHBUSCH

By: _____     1/8/24
JOHN JANSEN STROHBUSCH                     DATE

By: _____     1-8-24
SABRINA P. SHROFF, ESQ.                    DATE
Attorney for Defendant

SO ORDERED:

_____          1/8/2024
HONORABLE ANDREW L. CARTER, JR.            DATE
UNITED STATES DISTRICT JUDGE