USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-28-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                       Plaintiff,

    -against-                                 19-CR-309 (ALC)

JOHN JENSEN STROHBUSCH,                **ORDER**

                       Defendant.

-------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

    A Bail Review Hearing is set for **March 7, 2024** at **12:00 p.m.**

SO ORDERED.

Dated:    New York, New York
             February 28, 2024

                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**